UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   ROTH, GERHARD J | § § § | Case No. 12-35991 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/24/2015 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/16/2014</u>     By:   <u>/s/Eugene Crane</u>
                                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ROTH, GERHARD J   § Case No. 12-35991
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 225,000.00 |
| *and approved disbursements of* | $ 170,363.78 |
| *leaving a balance on hand of* [1] | $ 54,636.22 |
| **Balance on hand:** | $ 54,636.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wells Fargo Bank, N.A. | 420.88 | 420.88 | 0.00 | 420.88 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 420.88 |
| Remaining balance: | $ | 54,215.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 13,750.00 | 0.00 | 13,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,125.00 | 0.00 | 7,125.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 59.83 | 0.00 | 59.83 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 20,934.83 |
| Remaining balance: | $ | 33,280.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,280.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,280.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 422,667.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | David P. Leibowitz, Ch.7 Trustee of Kevin Carney | 414,950.00 | 0.00 | 32,672.81 |
| 2 | Discover Bank | 7,353.27 | 0.00 | 578.99 |
| 4 | PYOD, LLC its successors and assigns as assignee | 364.63 | 0.00 | 28.71 |

Total to be paid for timely general unsecured claims: $ 33,280.51
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 12-35991-JBS
Gerhard J Roth                                                Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1         User: arodarte              Page 1 of 1         Date Rcvd: Dec 17, 2014
                             Form ID: pdf006             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
db            +Gerhard J Roth,    720 Wellington #209,    Elk Grove Village, IL 60007-3343
aty           +Crane,Heyman,Simon, Welch & Clar,    Crane Heyman,simon, Welch & Simon,
                135 S Lasalle St Ste 3705,    Chicago, IL 60603-4101
19424585      +Bankruptcy Estate of Kevin Carney,    c/o David Liebowitz,    420 W Clayton St,
                Waukegan, IL 60085-4216
19424586      +Carol Roth,   720 Wellington #209,    Elk Grove Village, IL 60007-3343
19803836      +David P Leibowitz, Chapter 7 Trustee of Kevin G. C,    c/o Jenner & Block LLP,
                Attn: Landon Raiford,    353 N. Clark St.,   Chicago, IL 60654-5474
19803901      +David P. Leibowitz, Ch.7 Trustee of Kevin Carney,   c/o Jenner & Block LLP,
                Attn: Landon Raiford,    353 N. Clark St.,   Chicago, IL 60654-5474
19424588     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
                Level 7-425 100 W. Randolph St.,    Chicago, IL 60601)
19424590      +Jenner and Block,   353 N Clark St,    Chicago, IL 60654-5474
19424591      +Platinum Mortgage,   2200 Hicks Rd #101,    Rolling Meadows, IL 60008-1216
21990329       Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
19424592      +Wfnnb,   PO Box 182273,    Columbus, OH 43218-2273
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21830761       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19424587      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2014 00:53:29      Discover Fin,
                Attention:   Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19424589      +E-mail/Text: cio.bncmail@irs.gov Dec 18 2014 00:48:22      Internal Revenue Service,
                PO BOX 7346,   Philadelphia, PA 19101-7346
22160672      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2014 00:52:25
                PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Dudley & Lake LLC
aty            Peter M Schlax
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2014 at the address(es) listed below:
         Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
          jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
         Eugene   Crane     ecrane@craneheyman.com,
          il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
         Laura Dolores Frye    on behalf of Debtor Gerhard J Roth lauradfrye@att.net,   garyfoley@hotmail.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```