**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROTH, GERHARD J § Case No. 12-35991-SA
 §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $206,821.00                    Assets Exempt: $200,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $121,449.00       Claims Discharged
                                                  Without Payment: $389,387.39

Total Expenses of Administration: $88,551.00

---

    3) Total gross receipts of $ 225,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $210,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $69,000.00 | $87,747.61 | $87,747.61 | $87,747.61 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 88,551.00 | 88,551.00 | 88,551.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 422,295.00 | 423,088.78 | 423,088.78 | 33,701.39 |
| **TOTAL DISBURSEMENTS** | $491,295.00 | $599,387.39 | $599,387.39 | $210,000.00 |

    4) This case was originally filed under Chapter 7 on September 11, 2012. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/25/2015        By: /s/EUGENE CRANE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Third Party Personal Injury Claim | 1142-000 | 225,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$225,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gerhard J. Roth | Debtor's exemption paid per Court Order entered on 08/18/2014 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Platinum Mortgage | 4110-000 | 69,000.00 | N/A | N/A | 0.00 |
| | Liberty Mutual Insurance | 4210-000 | N/A | 87,747.61 | 87,747.61 | 87,747.61 |
| **TOTAL SECURED CLAIMS** | | | **$69,000.00** | **$87,747.61** | **$87,747.61** | **$87,747.61** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 13,750.00 | 13,750.00 | 13,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,125.00 | 7,125.00 | 7,125.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 59.83 | 59.83 | 59.83 |

**UST Form 101-7-TDR (10/1/2010)**

| Peter Schlax | 3210-600 | N/A | 65,029.93 | 65,029.93 | 65,029.93 |
| Peter Schlax | 3220-610 | N/A | 2,379.74 | 2,379.74 | 2,379.74 |
| Rabobank, N.A. | 2600-000 | N/A | 66.19 | 66.19 | 66.19 |
| Rabobank, N.A. | 2600-000 | N/A | 140.31 | 140.31 | 140.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $88,551.00 | $88,551.00 | $88,551.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | David P. Leibowitz, Ch.7 Trustee of Kevin Carney | 7100-000 | 414,950.00 | 414,950.00 | 414,950.00 | 32,672.81 |
| 2 | Discover Bank | 7100-000 | 7,345.00 | 7,353.27 | 7,353.27 | 578.99 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | unknown | 420.88 | 420.88 | 420.88 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 364.63 | 364.63 | 28.71 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $422,295.00 | $423,088.78 | $423,088.78 | $33,701.39 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35991-SA  **Trustee:** (330350) EUGENE CRANE
**Case Name:** ROTH, GERHARD J  **Filed (f) or Converted (c):** 09/11/12 (f)
  **§341(a) Meeting Date:** 11/06/12
**Period Ending:** 03/25/15  **Claims Bar Date:** 07/18/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 720 Wellington #209, Elk Grove Village<br>Imported from original petition Doc# 1 | 71,500.00 | 2,500.00 | | 0.00 | FA |
| 2 | Checking Account at Harris<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Chase<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Furnishings and Appliances<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | DVDs, CDs, Books, Personal Pictures<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes and Shoes<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Band<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Whole Life Insurance Policy with State Farm - De<br>Imported from original petition Doc# 1 | 3,971.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Insurance Policy Through Work - Face V<br>Imported from original petition Doc# 1 | 0.00 | Unknown | | 0.00 | FA |
| 10 | 401k Account with Employer<br>Imported from original petition Doc# 1 | 52,000.00 | 0.00 | | 0.00 | FA |
| 11 | Worker's Compensation Claim<br>  AMENDED SCH B, 05/30/2013 | 65,000.00 | 15,000.00 | | 0.00 | FA |
| 12 | PIF 2007 GMC Yukon with over 60,000 miles<br>Imported from original petition Doc# 1 | 8,000.00 | 5,600.00 | | 0.00 | FA |
| 13 | PIF 2006 Honda VTX 1306 motrcycle with over 20,0<br>Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 14 | Third Party Personal Injury Claim | Unknown | 85,000.00 | | 225,000.00 | FA |
| 14 | **Assets**   Totals (Excluding unknown values) | **$206,821.00** | **$112,100.00** | | **$225,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  02/24/2015: Final Report approved, cut checks (dk)
  12/15/2014: Final Hg set 02/24 at 10:30am J-Schmetterer (dk)

Printed: 03/25/2015 02:14 PM    V.13.22

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-35991-SA  **Trustee:** (330350) EUGENE CRANE
**Case Name:** ROTH, GERHARD J  **Filed (f) or Converted (c):** 09/11/12 (f)
 **§341(a) Meeting Date:** 11/06/12
**Period Ending:** 03/25/15  **Claims Bar Date:** 07/18/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/03/2014: Submitted Final Report to USTO for review (dk)
09/19/2014: Received settlement proceeds, will cut checks to Special Csl, lien holder, debtor (dk)
07/23/2014: MT filed to approve settlement; hg 07/31/2014 (dk)
07/21/2014: Settlement reached with insurance carrier; will file motion to approve settlement (dk)
03/31/2014: PI case still pending; still in discovery (dk)
01/31/13: Personal injury case pending.  Retained special counsel (dk).

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   December 15, 2014  (Actual)

Printed: 03/25/2015 02:14 PM    V.13.22

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-35991-SA  
**Case Name:** ROTH, GERHARD J  

**Taxpayer ID #:** **-***6318  
**Period Ending:** 03/25/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/14 | {14} | Liberty Mutual Insurance | Settlement of PI Claim per Court Order | 1142-000 | 225,000.00 | | 225,000.00 |
| 09/23/14 | 101 | Peter Schlax | Special counsel fees approved per Court Order 08/18/2014 | 3210-600 | | 65,029.93 | 159,970.07 |
| 09/23/14 | 102 | Peter Schlax | Special counsel costs advanced, approved per Court Order 08/18/2014 | 3220-610 | | 2,379.74 | 157,590.33 |
| 09/23/14 | 103 | Liberty Mutual Insurance | Payment of worker's compensation lien per Court Order entered 08/18/2014 Claim No. WC 413-A13187 | 4210-000 | | 87,747.61 | 69,842.72 |
| 09/23/14 | 104 | Gerhard J. Roth | Debtor's exemption paid per Court Order entered on 08/18/2014 | 8100-002 | | 15,000.00 | 54,842.72 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.19 | 54,776.53 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.31 | 54,636.22 |
| 02/24/15 | 105 | Wells Fargo Bank, N.A. | Dividend paid 100.00% on $420.88; Claim# 3; Filed: $420.88; Reference: | 7100-000 | | 420.88 | 54,215.34 |
| 02/24/15 | 106 | EUGENE CRANE | Dividend paid 100.00% on $13,750.00, Trustee Compensation; Reference: | 2100-000 | | 13,750.00 | 40,465.34 |
| 02/24/15 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,125.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,125.00 | 33,340.34 |
| 02/24/15 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $59.83, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 59.83 | 33,280.51 |
| 02/24/15 | 109 | David P. Leibowitz, Ch.7 Trustee of Kevin Carney | Dividend paid 7.87% on $414,950.00; Claim# 1; Filed: $414,950.00; Reference: | 7100-000 | | 32,672.81 | 607.70 |
| 02/24/15 | 110 | Discover Bank | Dividend paid 7.87% on $7,353.27; Claim# 2; Filed: $7,353.27; Reference: | 7100-000 | | 578.99 | 28.71 |
| 02/24/15 | 111 | PYOD, LLC its successors and assigns as assignee | Dividend paid 7.87% on $364.63; Claim# 4; Filed: $364.63; Reference: | 7100-000 | | 28.71 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 225,000.00 | 225,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 225,000.00 | 225,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$225,000.00** | **$210,000.00** | |

{} Asset reference(s)

Printed: 03/25/2015 02:14 PM   V.13.22

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-35991-SA | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | ROTH, GERHARD J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-***6318 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/25/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  225,000.00
Less Payments to Debtor :  15,000.00
———————
Net Estate :  $210,000.00

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******6166 | 225,000.00 | 210,000.00 | 0.00 |
| | $225,000.00 | $210,000.00 | $0.00 |

{} Asset reference(s)  Printed: 03/25/2015 02:14 PM  V.13.22